IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AUDREY BRANNON, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DENIS MCDOUNOUGH, Secretary, Department of Veterans Affairs, <br><br> Defendant – Appellee. | Case No.   CV 120-182 <br> Appeal No. 22-10838 |

ORDER

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this ___29th___ day of March 2023.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA